FRANÇOIS RIVARD

v.

DAN EAMES

1811

### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . . *Journal, infra,* *p. 387
2. Witness fees ordered paid . . . . . . . . . " 393

### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . .
2. Subpoena for Peter Yawger . . . . . . . . . . .

ANTOINE LAFORET

v.

MICHEL TREMBLAY

1811

### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* *p. 388

### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . . .